**No. 10-11181. Mark S. Hubbard, Petitioner v. Troy Steele, Warden.**

565 U.S. 871, 132 S. Ct. 225, 181 L. Ed. 2d 125, 2011 U.S. LEXIS 7075.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-11182. Billy Dale Green, Petitioner v. Arkansas.**

565 U.S. 871, 132 S. Ct. 225, 181 L. Ed. 2d 125, 2011 U.S. LEXIS 7140.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2011 Ark. 92, 380 S.W.3d 368.

**No. 10-11183. Stephen W. Carlson, Petitioner v. American Express, et al.**

565 U.S. 871, 132 S. Ct. 225, 181 L. Ed. 2d 125, 2011 U.S. LEXIS 6545.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 409 Fed. Appx. 976.

**No. 10-11184. Roberto Sarabia, Petitioner v. Larry Small, Warden.**

565 U.S. 871, 132 S. Ct. 225, 181 L. Ed. 2d 125, 2011 U.S. LEXIS 6527.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-11185. Michael Raihala, Petitioner v. Michigan.**

565 U.S. 871, 132 S. Ct. 225, 181 L. Ed. 2d 125, 2011 U.S. LEXIS 6692.

October 3, 2011. Petition for writ of certiorari to the Circuit Court of Michigan, Cass County, denied.

**No. 10-11186. Christopher Mickens, Petitioner v. United States.**

565 U.S. 871, 132 S. Ct. 226, 181 L. Ed. 2d 125, 2011 U.S. LEXIS 6695.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 408 Fed. Appx. 253.

**No. 10-11187. Clifford Piphus, Petitioner v. United States.**

565 U.S. 871, 132 S. Ct. 226, 181 L. Ed. 2d 125, 2011 U.S. LEXIS 6997.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-11188. Marvin Mosley, Petitioner v. Illinois.**

565 U.S. 872, 132 S. Ct. 226, 181 L. Ed. 2d 125, 2011 U.S. LEXIS 6723,

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.